UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES TROTTER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JAN A. PLUM,<br><br>　　　　　Defendant. | No. 2:14-cv-2168-MCE-EFB P<br><br><br>ORDER |

On December 4, 2015, this civil rights case was closed after plaintiff failed to file an amended complaint and judgment was duly entered. ECF Nos. 23, 26, 27. Over three years later, on April 9, 2019, plaintiff filed an amended complaint. ECF No. 28. The court takes no action on this filing as this case is closed. Plaintiff is hereby informed that the court will not respond to future filings in this action that are not authorized by the Federal Rules of Civil Procedure or the Federal Rules of Appellate Procedure.

　　So ordered.

Dated: April 10, 2019.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE